# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **United States of America**, | Criminal Case No. 24-456 (SCC) |
| Plaintiff | |
| v. | |
| Defendant. | |
| **24. Kervin Lopez-Torres** | |

### Informative Motion regarding Status of the Case and Requesting to be Excused at Status Conference due to Absence from the Jurisdiction

**TO THE HONORABLE COURT:**

COMES NOW, Kervin Lopez-Torres, who respectfully informs this Honorable Court:

1. This court set a status conference for 02/06/2025 at 3:00 p.m.
2. The undersigned attorney will be out of the jurisdiction from 02/05/2025 until 02/11/2025.
3. Attorney Antonio Bisbal, who represents codefendant number 18 (Edwin Sanchez-Rijos), is willing to substitute the undersigned attorney to inform the status of the case and any pending requests.
4. Mr. Lopez-Torres has reviewed the discovery provided by the government to date.
5. We will be coordinating with the government a proffer session.

WHEREFORE, it is respectfully requested that this Honorable Court acknowledges the present motion and excuses the undersigned attorney to appear at the status conference to be held on 02/06/2025.

In San Juan, Puerto Rico, on January 29th, 2025.

**RESPECTFULLY SUBMITTED**

**I HEREBY CERTIFY** that on this same day the present motion was electronically filed with the Clerk of the court and the attorneys of record through the CM/ECF electronic filing system.

s/Hector J. Dauhajre  
HECTOR J DAUHAJRE, ESQ.  
USDC-PR 227,702  
PMB 229 B5  
Tabonuco St. Ste. 216  
Guaynabo, PR 00968-3029  
Tel. (787) 607-0614  
E-mail: hectordauhajre@gmail.com